

# Fourth Court of Appeals
## San Antonio, Texas

September 19, 2019

No. 04-19-00500-CV

**ESTATE OF BRADLEY KEITH JOHNSON,**

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 2017PC0180
Honorable Veronica Vasquez, Judge Presiding

# O R D E R

Appellant's Motion to take Judicial Notice is being carried with the appeal.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of September, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court